| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorney for Defendant
NATHAN RAWLINGS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:17-mj-00095 |
|---|---|
| Plaintiff, | **MOTION TO RESET HEARING FOR MAY 15, 2018 AND REQUEST FOR RULE 43 WAIVER FOR PLEA AND SENTENCING** |
| vs. | |
| NATHAN RAWLINGS, | Hon. Jeremy Peterson |
| Defendant. | Date: May 15, 2018 |
| | Time: 10:00 a.m. |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Nathan Rawlings, having been advised of his right to be personally present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for plea and sentencing and that he be permitted to appear by video from the United States District Courthouse in New Haven, Connecticut. Additionally, Mr. Rawlings requests that his hearing is advanced to May 15, 2018 at 10:00 a.m. The Government has no objection to this request. This Court, pursuant to Rule 43(b)(2), has the authority to allow Mr. Rawlings to appear by video for plea and sentencing.

Mr. Rawlings has recently moved home to Connecticut. Returning to Yosemite for plea and sentencing would cost him several hundred dollars, which he cannot spare as he is indigent. Nonetheless, Mr. Rawlings is prepared to change his plea and be sentenced on the alleged offense. Accordingly, Mr. Rawlings respectfully requests that the Court grant a waiver of his right to be personally present and that he be permitted to appear via video from the United States

District Courthouse in New Haven, Connecticut for purposes of plea and sentencing and that his hearing date be advanced to May 15, 2018 at 10:00 a.m.

                                    Respectfully submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender

Date: April 23, 2018                */s/ Hope Alley*
                                    HOPE ALLEY
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    NATHAN RAWLINGS

## **O R D E R**

**GOOD CAUSE APPEARING**, Defendant's request for waiver of personal appearance and to appear via video in Case No. 6:17-mj-00095, is hereby accepted and adopted as the order of this Court provided that Defendant make suitable and timely arrangements to appear by video from the United States District Court in New Haven, Connecticut. Furthermore, Defendant's request to advance his court date to May 15, 2018 is granted.

IT IS SO ORDERED.

Dated:   **April 24, 2018**

                                                  UNITED STATES MAGISTRATE JUDGE