Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATHAN V. RAWLINGS,<br><br>Defendant. | DOCKET NO. 6:17-MJ-095-JDP<br><br>**MOTION TO VACATE REVIEW HEARING AND NOTICE OF WITHDRAWAL OF STATEMENT OF ALLEGED PROBATION VIOLATION(S); AND ORDER THEREON** |

Defendant, Nathan V. RAWLINGS, was charged with being present in a park area when under the influence of alcohol to a degree that may endanger oneself or another person, in violation of Title 36 Code of Federal Regulations § 2.35(c). On May 15, 2018 RAWLINGS pled guilty to Count One. RAWLINGS was sentenced to 12 months of unsupervised probation with the conditions he pay a $250 fine by July 16, 2018, attend AA twice a week for the first six months of probation and provide proof of completion, obey all laws, report all new violations of the law to the Court, and appear personally for a probation review hearing on April 16, 2019.

On April 9, 2109 the Government filed a Notice of Probation Violation alleging RAWLINGS had failed to provide proof of attendance. The Government has subsequently been provided proof RAWLINGS attended AA at least two times per week for the first six months of probation. The Government herewith withdraws its Allegation of Probation Violation in this

1

matter. As the conditions of probation have been met, the Government requests the review hearing in this matter set for April 16, 2019 be vacated.

Dated: April 10, 2019 ` /s/ Susan St. Vincent
Susan St. Vincent
Legal Officer
Yosemite National Park, CA

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED the Statement of Alleged Probation Violation(s) in *U.S. v. Rawlings 6:17-MJ-0085-JDP*, filed on April 9, 2019, is withdrawn. The review hearing scheduled for April 16, 2019 is vacated.

IT IS SO ORDERED.

Dated: April 12, 2019  _____
UNITED STATES MAGISTRATE JUDGE